UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AA MEDICAL, P.C.,<br><br>      Plaintiff,<br><br>-against-<br><br>OSCAR HEALTH, INC.<br><br>      Defendant. | Index No.: 2:25-cv-03417-SJB-JMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**WITHOUT PREJUDICE** |

  Plaintiff AA Medical, P.C., by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Oscar Health, Inc., without prejudice. Each party shall bear their own costs.

Dated: July 29, 2025

                GOTTLIEB AND GREENSPAN, LLC
                *Attorneys for Plaintiff*

      By: /s/ Debra A. Clifford
         Debra A. Clifford
         17-17 Route 208, Suite 250
         Fair Lawn, New Jersey 07410
         (201) 644-0890